# United States District Court
## Violation Notice

MY-10

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3557827 | HOLLY WARD | W9589 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐ CFR  ☐ USC  ☒ State Code |
|---|---|
| 03/21/2013  8:21 pm | 21-707 A |

**Place of Offense:** Arkansas Rd Adj Building 1359

**Offense Description; Factual Basis for Charge:** Fail to stop at stop sign line

HAZMAT ☐

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Rosen | Jonathan | E |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 208M699 | MD | 03 | DODGE GRAND CARAVAN | | Silver |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 90.00 Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ 115.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____  Date (mm/dd/yyyy): _____  Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

(Rev. 01/2011)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **21 March**, 20**13** while exercising my duties as a law enforcement officer in the **JBA** District of **Prince George County**

I witnessed a silver in color Dodge Grand Caravan fail to stop at a stop line at Arkansas Rd adjacent to building 1359. I was partnered with SrA Joel Lozano. The vehicle had one occupant, who was compliant. SrA Joel Lozano originally made contact. Once individual was determined to be a reservist out on orders, an 1805 was accomplished by myself. The stop sign was at the intersection of Arkansas Rd and California Ave.

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **03/21/2013**   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle.
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident